THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROLANDO SANTIAGO, Appellant, v DAVID UNGER, Superintendent, Orleans Correctional Facility, Respondent. [869 NYS2d 809]

Present—Scudder, P.J., Hurlbutt, Fahey, Peradotto and Pine, JJ.

In the Matter of BRITTANY M. and Others, Infants. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DAN A., Appellant. [869 NYS2d 808]

Present—Scudder, P.J., Hurlbutt, Fahey, Peradotto and Pine, JJ.